# CIVIL MINUTES – GENERAL

Case No.  **CV 18-01825-MAA**                                           Date:  **July 10, 2018**

Title     **Zhitnitsky v. Berryhill**

Present: The Honorable:    MARIA A. AUDERO, U.S. Magistrate Judge

|  Mel Zavala  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

      On March 9, 2018, Magistrate Judge Jacqueline Chooljian issued a Case Management Order that required Plaintiff to "file a motion for summary judgment or remand within thirty (30) days of service of defendant's answer." (ECF No. 10, at 3.)  On May 29, 2018, Defendant filed an Answer to the Complaint.  (ECF No. 15.)  On June 11, 2018, the Court transferred this case to the calendar of Magistrate Judge Maria A. Audero.  (ECF No. 17.)

      Over thirty (30) days have passed since Defendant filed the Answer.  Plaintiff has filed neither a motion for summary judgment or remand nor any request for relief from the Case Management Order.  Plaintiff is **ORDERED TO SHOW CAUSE** by **July 17, 2018** why the Court should not recommend that the case be dismissed without prejudice for want of prosecution.  C.D. Cal. L.R. 41-1.  If Plaintiff files a motion for summary judgment or remand on or before that date, the order to show cause will be discharged, and no additional action need be taken.

It is so ordered.

                                                                                   **Initials of Preparer**     :  mz