FILED
CLERK, U.S. DISTRICT COURT
2/6/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IRINA ZHITNITSKY, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:18-cv-01825-MAA <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND DOLLARS ($6,000.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: February 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE
HON. MARIA A. AUDERO

1